LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
The Law Offices of Kristina Wildeveld & Associates
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Tel. (702) 222-0007
Email:  Lisa@veldlaw.com

Attorney for Fernando Bueno

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>FERNANDO BUENO<br><br>           Defendant. | Case No. 2:19-cr-251-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Lisa Rasmussen, counsel for Defendant Fernando Bueno, that the sentencing hearing currently scheduled for  August 4, 2021, be vacated and continued to August 30, 2021 at 10:00 a.m..

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The government wishes to present testimony from at least one agent at the sentencing hearing of Mr. Bueno. The agent the government wishes to call is currently working swing shifts and prefers to come to court on a Monday, his day off.

　　　2.　　Mr. Bueno is not in custody and does not object to the continuance.

3. The parties have met and conferred with the court's schedule and are all in agreement that Monday August 30, 2021 is a date that will work for the government witness and for defense counsel and Mr. Bueno.

4. This is the third request to continue sentencing date filed herein and this request is not made for the purpose of delay.

DATED this 27th day of July 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By  */s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

The Law Offices of Kristina Wildeveld & Associates,

By  */s/ Lisa Rasmussen*
LISA RASMUSSEN
Counsel for Fernando Bueno

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-251-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ESPERANZA SANABIA-ARAUJO, MARLA MARISCAL-SANABIA, AND FERNANDO BUENO, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Defendant Fernando Bueno on Wednesday, August 4, 2021, be vacated and continued to Monday, August 30, 2021 at the hour of 10:00 a.m..

DATED: July 27, 2021

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3